UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOVECORP, *et al*.,<br><br>               *Plaintiffs,*<br><br>      v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al*.,<br><br>               *Defendants*. | Civil Action No. 20-1739 (CKK) |

## NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for all Defendants in the above-captioned case.

Dated: November 16, 2020

                                          Respectfully submitted,

                                          */s/ Diana V. Valdivia*
                                          Diana V. Valdivia, D.C. BAR # 1006628
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          (202) 252-2545
                                          diana.valdivia@usdoj.gov