UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOVECORP, *et al.*,<br><br>     *Plaintiffs,*<br><br>  v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>     *Defendants.* | Civil Action No. 20-1739 (CKK) |

## **DEFENDANTS' CONSENT MOTION FOR RELIEF FROM LOCAL CIVIL RULE 7(n)(1)**

Defendants: (i) the United States Small Business Administration ("SBA"); (ii) Jovita Carranza, in her official capacity as Administrator of the SBA; (iii) Steven Mnuchin, in his official capacity as Secretary of the Treasury; and (iv) the United States of America (collectively "Defendants"), respectfully move for relief from the requirement under Local Civil Rule 7(n)(1) to file a certified list of the contents of the administrative record ("AR Index") simultaneously with the filing of Defendants' Motion to Dismiss.  Defendants respectfully requests the Court to toll the deadline to file the certified AR Index until sixty days after Defendants file an answer to Plaintiffs' Complaint, should an answer be necessary after the Court rules on the pending Motion to Dismiss.

Pursuant to Local Civil Rule 7(m), counsel for Defendants conferred with counsel for Plaintiffs, who indicates that Plaintiffs consent to the relief sought in this motion.

## **STATEMENT OF POINTS OF LAW AND AUTHORITY SUPPORTING THE MOTION**

Local Civil Rule 7(n)(1) requires the filing of the AR Index simultaneously with any dispositive motion, including a motion under Federal Rule of Civil Procedure 12(b).  It states that:

> [i]n cases involving the judicial review of administrative agency actions, unless otherwise ordered by the Court, the agency must file a certified list of the contents of the administrative record with the Court within 30 days following

service of the answer to the complaint or simultaneously with the filing of a dispositive motion, whichever occurs first.

In this case, Plaintiffs bring Administrative Procedures Act ("APA") claims challenging the SBA's April 2020 and June 18, 2020, Interim Final Rules that deemed Plaintiffs ineligible for a loan under the Paycheck Protection Program ("PPP").  *See* 5 U.S.C. § 706 (a reviewing court "shall review the whole record or those parts of it cited by a party[.]").

Defendants' Motion to Dismiss is being filed concurrently with the filing of this motion. Defendants are moving to dismiss for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).  The administrative record is unnecessary to resolve that motion.  If the Court grants the motion, it would obviate the need to compile and file the administrative record, thereby conserving scarce agency resources.

In the event that the Court denies the Motion to Dismiss, Defendants will file the Agency's certified AR Index no later than sixty days after the filing of Defendants' answer, or at such other time as ordered by the Court.

Dated:  November 17, 2020            Respectfully submitted,

                                                                 MICHAEL R. SHERWIN
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By:  */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
Assistant United States Attorney
D.C. Bar # 1006628
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendants*