UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOVECORP, *et al.*,<br><br>      *Plaintiffs,*<br><br>   v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>      *Defendants*. | Civil Action No. 20-1739 (CKK) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR RELIEF FROM LOCAL CIVIL RULE 7(n)(1)**

Upon consideration of Defendants' Consent Motion for Relief from Local Civil Rule 7(n)(1), it is

Hereby:

ORDERED that Defendants' Motion for Relief is GRANTED and

ORDERED that the deadline for Defendants to file a certified list of the contents of the administrative record is tolled until sixty days after Defendants files an answer to Plaintiffs' Complaint, should an answer be necessary after the Court rules on Defendants' Motion to Dismiss.

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge