UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOVECORP, *et al.*,<br><br>     *Plaintiffs,*<br><br>    v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>     *Defendants.* | Civil Action No. 20-1739 (CKK) |

## **DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

  Defendants: (i) the United States Small Business Administration ("SBA"); (ii) Jovita Carranza, in her official capacity as Administrator of the SBA; (iii) Steven Mnuchin, in his official capacity as Secretary of the Treasury; and (iv) the United States of America (collectively "Defendants"), respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of two weeks, up to and including January 25, 2021, to file their reply in further support of their motion to dismiss this matter. This is Defendants' first request for an extension of this deadline, or any deadline in this case. As described in more detail below, good cause exists to grant this motion. In support of this motion, Defendants state as follows:

  1. Plaintiffs filed their Complaint in this matter on June 25, 2020, *see* ECF No. 1 ("Compl."), but the United States Attorney's Office was not served with a copy of the summons and Complaint until September 22, 2020. *See* ECF No. 14. In the Complaint, Plaintiffs bring Administrative Procedure Act ("APA") claims challenging the SBA's April 2020 and June 18, 2020, Interim Final Rules that deemed Plaintiffs ineligible for a loan under the Paycheck Protection Program ("PPP"). *See generally*, *id.*

2. On November 17, 2020, Defendants timely moved to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction. *See* ECF No. 19.

3. Upon receipt of Defendants' motion to dismiss, the Court set a briefing schedule ordering Plaintiffs to file a response to Defendants' motion by December 21, 2020, and ordering Defendants to file a reply by January 11, 2021. *See* Nov. 23, 2020, Minute Order.

4. Plaintiffs timely filed their opposition on December 21, 2020. *See* ECF No. 20. Under the current scheduling order, Defendants' reply is due today, January 11, 2021. *See* Nov. 23, 2020, Minute Order.

5. There is good cause for the requested two week extension. Defendants' undersigned counsel has been diligently working on Defendants' reply brief and will continue to work on the draft filing as time permits over the coming weeks. Undersigned counsel, however, took unscheduled leave from work for the second half of last week after her spouse's job involved an "all hands" emergency response to the January 6, 2021, events at the United States Capitol. This "all hands" response left undersigned counsel with full time dependent care responsibilities— responsibilities she has generally shared equally with her spouse for the past 10 months in light of area school and daycare closures due to the ongoing COVID-19 pandemic. This previously unscheduled leave prevented undersigned counsel from finalizing Defendants' reply brief as-planned last week. Undersigned counsel therefore requires additional time to confer with agency counsel to finalize Defendants' draft brief.

6. The undersigned recognizes that the Court's July 6, 2020, Order (ECF No. 4) provides that such motions for extension of time are to be filed at least four business days prior to expiration of the deadline and that this request is made the same day as Defendants' current January 11, 2021, deadline for filing their reply in further support of their motion to dismiss. By filing this

Motion less than four business days before Defendants' deadline, the undersigned does not suggest that she lacks appreciation for the important role that such a deadline plays in this Court's management of the cases over which it presides. Undersigned counsel reached out to Plaintiffs' counsel today, her first day back from her previously-unscheduled leave, to meet and confer with respect to this motion. Undersigned counsel nevertheless apologizes to the Court for any inconvenience caused by this delay.

7. Pursuant to Local Civil Rule 7(m), Defendants' counsel met and conferred with Plaintiffs' counsel regarding the relief sought in this motion. Plaintiffs consent to the requested two-week extension.

8. The requested extension will not impact any other deadlines currently set by the Court. This extension is requested in good faith and not for purposes of delay.

9. Defendants therefore respectfully request that the Court grant their request for a two-week extension to Defendants' deadline to file a reply in further support of their motion to dismiss, up to and including January 25, 2021.

A proposed order accompanies this motion.

Dated: January 11, 2021                    Respectfully submitted,

                                            MICHAEL R. SHERWIN
                                            Acting United States Attorney

                                            BRIAN P. HUDAK
                                            Acting Chief, Civil Division

                                            By: */s/ Diana V. Valdivia*
                                            DIANA V. VALDIVIA
                                            Assistant United States Attorney
                                            D.C. Bar # 1006628
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2545

diana.valdivia@usdoj.gov

*Counsel for Defendants*