UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOVECORP, *et al.*,<br><br>              *Plaintiffs,*<br><br>    v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>              *Defendants.* | Civil Action No. 20-1739 (CKK) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' *Consent Motion for an Extension of Time to File Reply*, it is hereby **ORDERED** that the motion should be and hereby is **GRANTED**.

It is **FURTHER ORDERED** that Defendants shall file their reply in further support of their motion to dismiss on or before January 25, 2021.

It is so **ORDERED**.

Dated: _____

                                                                        _____
                                                                          UNITED STATES DISTRICT JUDGE